CASE NO. 14-3511

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

HOLLANT M. ADRIEN, Ph.D.,

Plaintiff-Appellant,

v.

WITTENBERG UNIVERSITY, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Ohio, Western Division (Dayton)
CASE NO. 3:13-CV-00385

**MOTION TO STRIKE SUPERSESSION OF APPELLANT BRIEF BY
APPELLEES COX MEDIA GROUP OHIO, INC. D/B/A WHIO-TV
CHANNEL 7, DAYTON DAILY NEWS AND SPRINGFIELD NEWS SUN;
SINCLAIR COMMUNICATIONS, LLC D/B/A WRGT-TV FOX 45;
SINCLAIR PROPERTIES, LLC D/B/A WKEF-TV ABC 22 NEWS; AND
TVL BROADCASTING, LLC D/B/A WDTN-TV 2 NEWS**

Robert P. Bartlett, Jr. (0022995)
Erin E. Rhinehart (0078298)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3707
Telecopier:  (937) 227-3717
Email:  rbartlett@ficlaw.com
            erhinehart@ficlaw.com

Attorneys for Defendants-Appellees
Cox Media Group Ohio, Inc. d/b/a
WHIO-TV Channel 7, Dayton Daily
News and Springfield News-Sun;
Sinclair Communications, LLC d/b/a
WRGT-TV Fox 45; Sinclair Properties,
LLC d/b/a WKEF-TV ABC 22 News;
and TVL Broadcasting, LLC d/b/a
WDTN-TV 2 News

Pursuant to Fed. R. App. P. 27(a)(1), Defendants-Appellees Cox Media Group Ohio, Inc. d/b/a WHIO-TV Channel 7, Dayton Daily News and Springfield News-Sun; Sinclair Communications, LLC d/b/a WRGT-TV Fox 45; Sinclair Properties, LLC d/b/a WKEF-TV ABC 22 News; and TVL Broadcasting, LLC d/b/a WDTN-TV 2 News (collectively, the "Media Defendants") move to strike the December 8, 2014 Supersession of Appellant Brief ("Superseding Brief") (Doc. No. 25) of Plaintiff-Appellant Hollant Adrien, Ph.D ("Dr. Adrien"). The Superseding Brief was filed without leave of this Court and, therefore, violates Fed. R. App. P. 28(c).

Rule 28 provides for three sets of briefs: (1) a principal brief on behalf of each appellant, (2) a principal brief on behalf of each appellee, and (3) a reply brief on behalf of each appellant. Rule 28(a), (b) and (c). Accord: May 29, 2014 Briefing Letter (Doc. No. 3), p. 2 (setting the deadlines for Dr. Adrien's principal brief, Appellees' principal briefs, and Dr. Adrien's reply brief). "Unless the court permits, no further briefs shall be filed." Rule 28(c) (emphasis added).

In this appeal, Dr. Adrien filed his principal brief on June 30, 2014 (Doc. No. 10); Appellees filed their principal briefs between August 20 and 25, 2014 (Doc Nos. 17, 18 and 21); and Dr. Adrien filed his reply brief on October 16, 2014 (Doc. No. 24). Nearly two months later, Dr. Adrien filed his Superseding

2

Brief, claiming that this Court had "recently recommended" that he do so. Superseding Brief, p. 1. According to the appellate record, this Court has never given Dr. Adrien permission to file an additional brief. *See* May 29, 2014 Briefing Letter (Doc. No. 3); July 3, 2014 Ruling Letter (Doc. No. 12); August 8, 2014 Briefing Letter (Doc. No. 16); August 21, 2014 Briefing Letter (Doc. No. 20); September 25, 2014 Ruling Letter (Doc. No. 23). Consequently, the Superseding Brief violates Rule 28(c) and should be stricken.

Respectfully submitted,

/s/ Erin E. Rhinehart
Robert P. Bartlett, Jr. (0022995)
Erin E. Rhinehart (0078298)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH  45402
Telephone:  (937) 227-3707
Telecopier:  (937) 227-3717
Email:  rbartlett@ficlaw.com
　　　　erhinehart@ficlaw.com

Attorneys for Defendants-Appellees
Cox Media Group Ohio, Inc. d/b/a
WHIO-TV Channel 7, Dayton Daily
News, and Springfield News-Sun;
Sinclair Communications, LLC d/b/a
WRGT-TV Fox 45; Sinclair Properties,
LLC d/b/a WKEF-TV ABC 22 News;
TVL Broadcasting, LLC d/b/a WDTN-
TV 2 News

# CERTIFICATE OF SERVICE

I certify that on the 18th day of December, 2014, I electronically filed the foregoing Motion to Strike Supersession of Appellant Brief by Appellees Cox Media Group Ohio, Inc. d/b/a WHIO-TV Channel 7, Dayton Daily News and Springfield News Sun; Sinclair Communications, LLC d/b/a WRGT-TV Fox 45; Sinclair Properties, LLC d/b/a WKEF-TV ABC 22 News; and TVL Broadcasting, LLC d/b/a WDTN-TV 2 News with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

>Hollant M. Adrien
>P.O. Box 50 201
>Sarasota, FL  34232
>
>Pro Se Plaintiff-Appellant
>
>
>David A. Campbell
>Liana R. Hollingsworth
>VORYS, SATER, SEYMOUR AND PEASE LLP
>2100 One Cleveland Center
>1375 East Ninth Street
>Cleveland, OH  44114-1724
>
>Attorneys for Defendant-Appellee
>Wittenberg University

Jerome M. Strozdas,
Law Director
76 East High Street
Springfield, OH  45502

W. Charles Curley, Esq.
WESTON HURD LLP
10 West Broad Street, Suite 24700
Columbus, OH  43215-3469

Attorneys for Defendant-Appellee
Springfield Police Department

                                          /s/ Erin E. Rhinehart
                                          Erin E. Rhinehart

904908.1